UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MANN,<br><br>    Plaintiff,<br><br>    v.<br><br>LIQUID GOLD, LLC, DAVE BEAR,<br><br>    Defendants. | Case No. EDCV 08-1489-VAP (CTx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, the Court ENTERS JUDGMENT IN FAVOR of Plaintiff. The Court orders that such judgment be entered.

Dated: July 31, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge