UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MANN,<br><br>        Plaintiff,<br><br>   v.<br><br>LIQUID GOLD, LLC, a North Carolina limited liability company, DAVE BEAR, and DOES 1-50,<br><br>        Defendants. | Case No. EDCV 08-1489-VAP (CTx)<br><br>**AMENDED JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    The Court issued on an Order granting Plaintiff Alex Mann's Motion for Summary Judgment and Judgment on July 21, 2009. Pursuant to the Order filed herewith, the Court granted in part and denied in part Plaintiff's Motion to Amend Judgment.

1  The Court according enters judgment, dated <u>nunc pro
2  tunc</u> July 31, 2009, in favor on Plaintiff in the
3  principal amount of $165,000.00, plus $17,630.14 in pre-
4  judgment interest.

6  Dated: July 8, 2010

   *(signature)*
   VIRGINIA A. PHILLIPS
   United States District Judge